# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of

### SEARCH WARRANT

**A Garmin Nuvi GPS Unit, Serial Number 49749388 at 1901 Anacostia Drive SE Washington, D.C. 20020**

CASE NUMBER: 09 - 620 - M - 01

TO: __Scott Powers__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Scott Powers, a Detective with the United States Park Police</u>, who has reason to believe that ☐ on the person or ☒ on the premises in the United States known as **a Garmin Nuvi GPS Unit, Serial Number 49749388 at 1901 Anacostia Drive SE Washington, D.C. 20020** as further described in the AFFIDAVIT IN SUPPORT OF SEARCH WARRANT, which is attached hereto and incorporated fully herein, there is now concealed a certain person or property that is subject to search and seizure by law enforcement, namely information described in the AFFIDAVIT IN SUPPORT OF SEARCH WARRANT, which is attached hereto and incorporated fully herein.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___NOV 2 0 2009___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 10 2009    9:44 am                          in the District of Columbia
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE                          _[signature]_
Alan Kay, U.S. Magistrate                       Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>11/10/09 | DATE AND TIME WARRANT EXECUTED<br>11/17/09 1400 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>item in evidence |
| INVENTORY MADE IN THE PRESENCE OF  P.O. V. LAGADINOS |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>Garmin Nuvi GPS ser. 49749388 was seized and currently undergoing analysis. |||

**FILED**

DEC 15 2009

Clerk, U.S. District and Bankruptcy Courts

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____    12/15/09
U.S. Judge or U.S Magistrate Judge        Date